Robert B. Forouzandeh, SBN 247177
REICKER, PFAU, PYLE & McROY LLP
1421 State Street, Suite B
Santa Barbara, CA 93101
rforouzandeh@rppmh.com
Tel (805) 966-2440
Fax (805) 966-3320

Jonathan A. Stein SBN 123894
LAW OFFICES OF JONATHAN STEIN, PC
2520 Murrell Road
Santa Barbara, CA 93109
Tel (310) 968-4455
Jstein@Jsteinlaw.com

Attorneys for Defendants and Third Parties JONATHAN STEIN, LAW OFFICES OF JONATHAN STEIN, ST. MONICA DEVELOPMENT COMPANY, LLC, and LAW OFFICES OF JONATHAN STEIN DEFINED BENEFIT PLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELINO-TONGVA TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN STEIN, LAW OFFICES OF JONATHAN STEIN, ST. MONICA DEVELOPMENT COMPANY,<br><br>Defendants. | **Case No. 2:21-cv-5871--MCS-DFM**<br><br>**NOTICE OF MOTION AND**<br><br>**DEFENDANTS' RULE 42 MOTION TO CONSOLIDATE TWO RELATED CASES**<br><br>Hearing Date:  October 25, 2021<br>Hearing Time:  9:00 am<br>Hearing Location:<br>Courtroom 7C, 7th Floor,<br>First Street Courthouse,<br>350 W. 1st Street,<br>Los Angeles, California 90012 |

PLEASE TAKE NOTICE THAT, on October 25, 2021, at 9:00 am, in Courtroom 7C, 7th Floor, First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs LAW OFFICES OF JONATHAN STEIN, P.C., DEFINED BENEFIT PLAN, ARKA INC. PROFIT-SHARING PLAN, JONATHAN STEIN and LINDA HONG SUN STEIN, in Case No. 2:21-cv-5653 (the "**ERISA Action**"), and Defendants LAW OFFICES OF JONATHAN STEIN, JONATHAN STEIN, AND ST. MONICA DEVELOPMENT COMPANY, LLC ("**SMDC**"), in Case No. 2:21-cv-05871 (the **"Removed Debt Collection Action"**) will jointly move to consolidate (i) Case No. 2:21-cv-5653, the *ERISA Action*, filed on July 13, 2021; and (ii) Case No. 2:21-cv-05871, the *Removed Debt Collection Action*, filed on July 20, 2021 (the "**Motion**").

The Motion is made under *FRCP Rule 42(a)* and is filed concurrently in both Actions. All Plaintiffs in the *ERISA Action*, and all Defendants in the *Removed Debt Collection Action*, join in the Motion.

This Court has already declared that the *ERISA Action* and the *Removed Debt Collection Action* are "related cases." [*Case No. 2:21-cv-05871, Doc 9, Order Re Transfer etc.*]

The grounds of the Motion are that both *Actions* address the same factual and legal questions, including:

(i) The wrongdoing in both actions is the *Sheriffs Levies and Garnishee Memo* by Gabrielino-Tongva Tribe (the "**Tribe**"), and the Tribe's declared intent to levy again on the same accounts.

(ii) The *Sheriff's Levy and Garnishment* mentioned in both *Actions* reached the same three ERISA-protected Plans (the Law Offices Plan, the Arka Plan and the Rollover IRA) featured in both Actions, and the same

three ERISA-protected accounts (the Law Offices Plan Account, the Arka Plan Account and the Hong Sun Rollover IRA) (see below).

(iii) This wrongful conduct is by one party only, the Gabrielino-Tongva Tribe (the "**Tribe**").  The Tribe is the sole defendant in the *ERISA Action* and the sole Plaintiff in the *Removed Debt Collection Action*. The Tribe is an unincorporated association in Riverside and not a federally-recognized Indian tribe.

(iv) The same federal questions arise in each *Action* under 29 U.S.C. §1001 et. seq. (hereinafter, "**ERISA**"), including *ERISA §206 [29 USC §1056]* (its anti-alienation provision) and *ERISA §502(a) [29 USC §1132(a)]* (its civil enforcement provision).

(v) The same federal questions arise in each *Action* under Internal Revenue Code and IRS regulations, 26 USC §401 *29 USC §401 and Treas. Reg. § 1.401(a)–13(b)(1), 26 C.F.R. § 1.401(a)–13(b)*.

(vi) The same remedies of injunctive relief, damages and attorney's fees are sought in each *Action*.

The Motion seeks to consolidate both cases pursuant to *FRCP Rule 42(a), Hall v. Hall*, 138 S. Ct. 1118, 1124 (2018), and *Owen v. Lab. Ready Inc.*, 146 F. App'x 139, 141–42 (9th Cir. 2005).

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 5, 2021.

Movants jointly and respectfully request that Case No. 2:21-cv-5653, the *ERISA Action*, and Case No. 2:21-cv-05871, the *Removed Debt Collection Action*, be consolidated for all purposes including trial. Movants further request that these actions be consolidated into the earlier-filed

Case No. 2:21-cv-5653, the *ERISA Action*, which would be the lead case for all future filings.

Respectfully Submitted,

**THE TYM FIRM**

Dated: September 22, 2021

By: /s/ *Ronald D Tym*_____
Attorney for Plaintiffs Arka Plan and Hong Sun

**LAW OFFICES OF JONATHAN STEIN, P.C.**

Dated: September 22, 2021

By: /s/ *Jonathan Stein*_____
Attorney for Plaintiffs LOJS Plan and Jonathan Stein

### CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, on behalf of Plaintiffs, I electronically served the *Plaintiffs' Notice of Motion and Motion To Consolidate Two Related Cases* to the Clerk of Court using the EDMS system, through which a copy will be sent electronically to all counsel of record in this matter.

/s/ *Jonathan Stein*