1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| GABRIELINO-TONGVA TRIBE, | Case No.: 2:21-cv-05871-MCS-DFM |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER CONFIRMING FEE AND COST AWARD** |
| v. | |
| JONATHAN STEIN, LAW OFFICES OF JONATHAN STEIN, ST. MONICA DEVELOPMENT COMPANY, | |
| Defendants. | |

1. On August 16, 2021, Plaintiff Gabrielino-Tongva Tribe filed a Motion to Remand and for Just Costs and Expenses, Including Attorney's Fees. (ECF No. 12-1.) Within the Motion, the Tribe provided legal argument, lodestar analysis, supporting declarations, and other evidence supporting its request for attorneys' fees and costs in the amount of $23,010.00.

2. On October 14, 2021, this Court entered an order granting the Tribe's Motion, including the Tribe's request for attorney's fees. (ECF No. 24.) Although clear in its intent to award the requested fees and costs, the Court's Order did not specifically set forth that the $23,010.00 amount in the text of the Order.

3. On May 4, 2022, the Court entered an order that stated that it intended to have awarded the $23,010.00 in fees and costs requested by the Tribe at the time it entered its October 14, 2021 order. The Court directed the Tribe to submit an order confirming the $23,010.00 fee and cost amount.

**IT IS ORDERED** that the Court hereby confirms that the amount of the attorney's fees and costs award entered pursuant to the Court's October 14, 2021 order is $23,010.00.

**IT IS SO ORDERED.**

Dated: May 19, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE